IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION



## MINUTE SHEET OF SENTENCING HEARING

| | | | |
|---|---|---|---|
| Date: | 5/3/2022 | Court Time for MJSTAR/JS10: | 21 minutes<br>2:30 – 2:51 pm |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Kim A. Tavalero | Interpreter: | |

**CASE NO. 5:21-cr-9-011 (MTT)**

| | | | |
|---|---|---|---|
| U.S.A. | | AUSA: | Marcela Mateo |
| v. | | | |
| George Leverett | | Counsel: | Robert Cabe |
| Agent/Experts in attendance: | | Erica Simpson, USPO | |

**OFFENSE LEVEL: 13**         **CATEGORY: II**     **RANGE: 15 – 21 months**
**IMPRISONMENT:**               **SUPERVISED RELEASE:**
**PROBATION: 2 years**

### CONDITIONS

☒    A **mandatory assessment fee** of **$100.00** is to be paid immediately.
☒    **Fine is waived.** It is the Court's judgment that the defendant is unable and not likely to become able to pay all or part of a fine even with the use of a reasonable installment schedule. Therefore, the Court waives the fine as well as any alternative sanctions in this case.
☒    Financial penalties shall be paid in accordance with the Court's Standing Order 2017-02.
☒    The period of probation shall include the mandatory, standard, and special conditions as noted in the Presentence Report and the Court's Standing Order 2017-02.

### ADDITIONAL CONDITIONS/COMMENTS:

☒    Defendant confirmed to the Court that he reviewed the presentence investigation report and addendum with his attorney

The pending Petition for Action on Conditions of Pretrial Release (Doc. 355) is DISMISSED.

VOLUNTARY SURRENDER:    ☐ Yes  ☐ No    APPEAL INFORMATION GIVEN TO:  ☒ Atty  ☒ Dft

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*