✎GAM 35　　　　　　　　　　**Report and Order Terminating Probation**
(Rev. 2/06)　　　　　　　　　　　**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.　5:21-CR-00009-011 (MTT) |
| **GEORGE LEVERETT** | |

On May 3, 2022, George Leverett was sentenced to a term of probation for a period of 24 months after entering a guilty plea to the offense of Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine in violation of 21 U.S.C. § 846 i/c/w 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). On March 12, 2024, the court modified Leverett's conditions of probation to include 12 months of location monitoring, completion of the Rescue Mission Inpatient Recovery Program, and an 18-month extension to term of probation (concluding on November 2, 2025).

On January 10, 2025, Leverett successfully completed the inpatient recovery program at the Rescue Mission in Macon, Georgia. Leverett has complied with the rules and regulations of supervised release, he has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. Accordingly, it is recommended Leverett be terminated early from the probation sentence.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　James O. Poe, III
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this　27th　day of　June　, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　S/ Marc T. Treadwell

　　　　　　　　　　　　　　　　　　　　　　　　MARC T. TREADWELL
　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE